■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON LEWIS, Appellant. [653 NYS2d 898] —Judgment unanimously affirmed. Memorandum: By entering a plea of guilty before pretrial hearings were held on his suppression motion, defendant forfeited any right to appellate review of his challenge to the admissibility of the People's evidence (*see, People v Fernandez,* 67 NY2d 686, 688). By failing to move to withdraw his plea or to vacate the judgment of conviction, defendant waived his argument that the plea allocution was insufficient (*see, People v Toxey,* 86 NY2d 725, 726, *rearg denied* 86 NY2d 839; *cf., People v Lopez,* 71 NY2d 662, 665-666). This is not one of those rare cases where defendant's recitation of the facts casts significant doubt upon defendant's guilt or otherwise calls into question the voluntariness of the plea, thereby making preservation unnecessary (*see, People v Lopez, supra,* at 666). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Possession Weapon, 3rd Degree.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMIAN JOHNSON, Appellant. [653 NYS2d 892] —Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the verdict is not against the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495) and that the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Robbery, 1st Degree.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.